**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CR-13-63-6-F |
| | ) | |
| WILLIAM JAMES BATES, | ) | |
| | ) | |
|     **Defendant.** | ) | |

## MOTION TO DISMISS SUPERSEDING INDICTMENT

**TO THE HONORABLE STEPHEN P. FRIOT:**

COMES NOW DEFENDANT, William James Bates, through his attorney of record Craig Corgan and makes the following Motion to Dismiss Superseding Indictment.

On December 22, 2014, the defendant, Williams Bates, passed away in the State of Florida. Counsel for Mr. Bates has furnished both the United States Government as well as Pretrial Services Officer Jay Mauldin with a certified copy of the death certificate. It is the belief of counsel that the United States Government has also independently verified that Mr. Bates has passed away.

Wherefore , due to the death of Mr. Bates, Defendant Bates, through his counsel, respectfully requests this Honorable Court to dismiss the indictment.

Respectfully submitted,

*/s/ Craig Corgan*
Craig Corgan
1315 N. Shartel Ave.
Oklahoma City, Oklahoma 73118
Telephone: 405-590-4616
Facsimile: 405-605-2606
Email: Ccorgan1@aol.com
Attorney for Defendant,
William James Bates

## CERTIFICATE OF SERVICE

I hereby certify that on 20th day of February, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for
filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:
All ECF Registrants Associated with this Case
*/s/ Craig Corgan*
Craig Corgan